UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMAL NEWTON,

    Plaintiff,

v.

TRANS UNION, LLC, *et al.*,

    Defendants.

Case No. 2:17-cv-12965
Honorable David M. Lawson
Mag. Stephanie Dawkins Davis

---

## STIPULATION AND ORDER TO DISMISS DEFENDANT TRANS UNION, LLC, ONLY, WITH PREJUDICE

Plaintiff and Defendant Trans Union LLC ("Trans Union"), through their respective counsel, stipulate to the dismissal of Defendant Trans Union, only, with prejudice and without costs or attorney fees to either party.

| /s/ Gary D. Nitzkin | /s/ Scott E. Brady w/ consent |
|---|---|
| Gary D. Nitzkin (P41155) | Sandra Davis Jansen (IN #27803-53) |
| Attorney for Plaintiff | Scott E. Brady (IN #30534-49) |
| Credit Repair Lawyers of America | Attorneys for Trans Union |
| (248) 353-2882 | Schuckit & Associates, P.C. |
| gary@crlam.com | (317) 363-2400 |
|  | sjansen@schuckitlaw.com |
|  | sbrady@schukitlaw.com |