UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMAL NEWTON,

        Plaintiff,

                        Case No. 17-12965
v.                        Honorable David M. Lawson

EXPERIAN INFORMATION SOLUTIONS, INC.,
EQUIFAX INFORMATION SERVICES, LLC, and
TRANS UNION, LLC,

        Defendants.
_____/

## **STIPULATED ORDER OF DISMISSAL**

Pursuant to the stipulations of the parties [dkt. #20] and [dkt. #21],

It is hereby **ORDERED** that the case is **DISMISSED WITH PREJUDICE** and without costs to any party. Any party may apply to reopen the matter to enforce the settlement agreement **on or before December 6, 2017**.

                                          s/David M. Lawson
                                          DAVID M. LAWSON
                                          United States District Judge

Dated:   November 6, 2017

Stipulated to by:

s/Gary Nitzkin
Nitzkin Assoc.
22142 W. Nine Mile Road
Southfield, MI 48033
248-353-2882
Fax: 248-353-4840
Email: gary@micreditlawyer.com
Attorney for the plaintiff

s/Jordan S. Bolton
Jordan S. Bolton

Clark Hill
500 Woodward Avenue
Suite 3500
Detroit, MI 48226-3435
313-965-8300
Fax: 313-965-8252
Email: jbolton@clarkhill.com
Attorney for defendant Equifax

s/Scott E. Brady
Scott Brady
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
317-363-2400
Fax: 317-363-2257
Email: sbrady@schuckitlaw.com
Attorney for defendant Trans Union

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on November 6, 2017.

                s/Susan Pinkowski
                SUSAN PINKOWSKI